Helena Lindner, Respondent, v. Clarence E. Hopkins and Another, Appellants.— Motion denied, with ten dollars costs, without prejudice to an application at Special Term. (*Hansen* v. *Walsh*, 117 App. Div. 39.) Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Johanna Brielmann, Respondent, v. Louis A. Seitz, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days on payment of the costs awarded at Special Term and on this appeal. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The Commissioner of Public Charities of the City of New York on Complaint of Lillian Rushford, Respondent, v. Milton Sandman, Appellant.— Order of filiation of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Thomas Edwards, Appellant, v. Coal Tar Product Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Lydia H. Eisemann, Appellant, v. Peter J. Eisemann, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Bridget Grady, Respondent, v. The Brooklyn Union Gas Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. A passenger leaving a street car at the Borough Hall loop to cross the street to the sidewalk, who is invited to come across by the officer of the traffic squad on duty, is not to be held guilty of contributory negligence as matter of law if run over by an approaching vehicle which the traffic officer failed to stop. In such case it is a question of fact for the jury whether the conduct of the pedestrian is that of a reasonably prudent person, in view of all the circumstances. The weight of the evidence and the condition at this place of dense traffic justify the finding of negligence in the driving and management of the defendant's horse and wagon in colliding with the plaintiff. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Abraham Hoch, Respondent, v. Samuel .Chester, Appellant.— Order modified by inserting therein a recital that the grounds of the injunction are that it appears by affidavits that defendant during the pendency of